**No. 50363.**—Protests 45183–K, etc., of H. A. Caesar & Co. (New York).

240

Opinion by KINCHELOE, J. It appeared from the testimony that certain of the merchandise is of the same dutiable character as the umbrella cloth covered by *Caesar & Co.* v. *United States* (6 Cust. Ct. 455, C. D. 515), and other merchandise is of the same dutiable character as that passed upon in *id.* v. *id.* (4 Cust. Ct. 34, C. D. 278). The protests were therefore sustained as claimed.